UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01273-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 67.190.121.156,

    Defendant.

**PLAINTIFF'S VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 67.190.121.156 are voluntarily dismissed with prejudice.

Dated:  July 28, 2023                               Respectfully submitted,

                                                      By:  */s/ Jessica Fernandez*
                                                      Jessica Fernandez (Bar #: 30219)
                                                      Associate In-House Counsel
                                                      General Media Systems, LLC
                                                      11239 Ventura Blvd
                                                      Suite #103 Box 717
                                                      Studio City, CA 91604
                                                      Phone: 818-253-1453
                                                      Fax: 323-872-0022
                                                      Jessica@Strike3Holdings.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                  By: */s/ Jessica Fernandez*
                  Jessica Fernandez, Esq.